IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-10 (MTT) |
| | ) |
| JAVIER CORDOVA-TREJO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 30.  The defendant was indicted on February 13, 2024.  Doc. 1.  The defendant had his initial appearance in the Northern District of Georgia on February 23, 2024, and had his arraignment in this Court on March 6, 2024.  Docs. 4-1; 9.  Two prior continuances have been granted.  Docs. 22; 28.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow the defendant additional time to address matters in a separate criminal case.  Doc. 30 ¶ 8.  The government does not oppose the motion.  *Id*. ¶ 9.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 30) is **GRANTED**.  The case is continued from the September term until the Court's next trial term presently scheduled for **November 4, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT